**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

AMBROSE MCDANIEL, SR.,

Plaintiff,

v. Case No. 24-CV-0504

JOSE VIERA, JEFFREY CLINE,
JOLENE DEL-MORAL, and
SHELLI ZOLO,

Defendants.

---

## NOTICE OF WITHDRAWAL OF ATTORNEY KYLE W. BAILEY

---

PLEASE TAKE NOTICE that Deputy City Attorney Naomi E. Sanders, hereby moves the Court to accept the withdrawal of Attorney Kyle W. Bailey as counsel for the defendants, due to his resignation from city service, and to remove his name from the court's efiling distribution list.

Dated and signed at Milwaukee, Wisconsin this 22nd day of July, 2026.

EVAN C. GOYKE
City Attorney

s/Naomi E. Sanders
NAOMI E. SANDERS
Deputy City Attorney
State Bar No. 1061388
Attorneys for Defendants

P.O. ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
(414) 286-2601
Email: nsande@milwaukee.gov

1032-2024-1192/